IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **DONALD EUGENE COOKS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )   No. CIV-23-1178-R |
| | ) |
| **OFFICER TYLER ARNEY, et al.** | ) |
| | ) |
| **Defendants.** | ) |

# ORDER

Before the Court is Plaintiff's pro se Motion for Discovery [Doc. No. 38] requesting that the Court hold a "discovery hearing" to determine if his constitutional rights were violated.[1]

Although Plaintiff is proceeding pro se, he must nevertheless follow the same rules of procedure that govern other litigants. *Nielsen v. Price*, 17 F.3d 1276, 1277 (10th Cir. 1994). Plaintiff has not indicated that he sent any written discovery requests to Defendants or that there is a discovery dispute necessitating court intervention. *See* Fed. R. Civ. P. 33, 34, 36. Moreover, discovery is inappropriate at this time as there is no indication the parties have held the required discovery conference. *See* Fed. R. Civ. P. 26(d) ("A party may not seek discovery from any source before the parties have conferred as required by Rule 26(f)….").

---

[1] The Court also notes that, although there are still claims pending against two defendants, Plaintiff has filed an appeal [Doc. No. 33] of the Order of July 11, 2024 [Doc. No. 31] dismissing certain claims without prejudice and dismissing the OCPD with prejudice because it is not an entity capable of being sued.

Accordingly, Plaintiff's motion is DENIED.

**IT IS SO ORDERED** this 21st day of August, 2024.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE