# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **DONALD EUGENE COOKS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) No. CIV-23-1178-R |
| | ) |
| **OKLAHOMA CITY POLICE** | ) |
| **DEPARTMENT, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

## ORDER

Plaintiff initiated this action by filing a Complaint against the Oklahoma City Police Department, Tyler Arney, Shawn Lindsey, Motel 6, and Smart Buy Auto Sale. Defendants Lindsey and Arney have each filed an Answer and the remaining defendants have been dismissed. Accordingly, this case is ready to proceed to a scheduling conference. However, because Plaintiff is incarcerated and proceeding pro se, a scheduling conference will not be held. Instead, Plaintiff and Defendants are directed to separately file a Status Report and Discovery Plan using, or substantially adhering to, the form appearing in Appendix II of the Court's Local Civil Rules. *See* LCvR 16.1(a)(2). Each status report is due no later than November 7, 2024. The Clerk of Court is directed to forward to Plaintiff a copy of the necessary forms.

IT IS SO ORDERED this 8th day of October, 2024.

_David L. Russell_
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE