**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| DONALD EUGENE COOKS, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| | ) | |
| **v.** | ) | **Case No. CIV-23-1178-R** |
| | ) | |
| OKLAHOMA CITY POLICE | ) | |
| DEPARTMENT, et al., | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

In accordance with the order entered on May 19, 2026, the following deadlines are entered:

1.    Motions to join additional parties to be filed by August 1, 2026.

2.    Motions to amend pleadings to be filed by  August 1, 2026.

3.    Plaintiff to file a final list of expert witness(es) in chief and submit expert reports to defendant by   November 18, 2026 .* Defendant to file a final list of expert witness(es) in chief and submit expert reports to plaintiff 14 days thereafter.*

4.    Plaintiff to file a final list of witnesses, together with addresses and brief summary of expected testimony  where a witness has not already been deposed, by November 18, 2026 .* Defendant to file a final list of witnesses (as described above) 14 days thereafter.*

5.    Plaintiff to file a final exhibit list by November 18, 2026.* Defendant to file objections to plaintiff's final exhibit list, under Fed. R. Civ. P. 26(a)(3)(B), by December 1, 2026. Defendant to file a final exhibit list 14 days thereafter.* Plaintiff to file objections to defendant's final exhibit list, under Fed. R. Civ. P. 26(a)(3)(B), by December 15, 2026.

     *The listing of witnesses and exhibits shall separately state those expected to be called or used and those which may be called or used if the need arises. Except for good cause shown, no witness will be permitted to testify and no exhibit will be admitted in any party's case in chief unless such witness or

exhibit was included in the party's filed witness or exhibit list.

6.      Discovery to be completed by March 18, 2027.

7.      All dispositive and *Daubert* motions to be filed by April 18, 2027.

8.      Trial docket and deadlines for motions in limine, pretrial report, proposed jury instructions, and other pretrial filings to be set after resolution of any dispositive motions.

   IT IS SO ORDERED this 18th day of June, 2026.

**DAVID L. RUSSELL**
**UNITED STATES DISTRICT JUDGE**